**P-SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 04-9925 PA (RNBx) | Date | March 3, 2005 |
|---|---|---|---|

| Title | Paul Jardin of USA, Inc. v. Hollywood Suit Outlet, Inc., et al. |
|---|---|

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS**

Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1).

In the present case, it appears that this time period has not been met with respect to Hovsep Kouzouyan. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **March 13, 2005** why this action should not be dismissed for lack of prosecution as to Hovsep Kouzouyan. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.



Initials of Preparer