SEND



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 04-9925 PA (RNBx) | Date | August 29, 2005 |
| Title | Paul Jardin of USA, Inc. dba 3 Day Suit Broker v. Hollywood Suit Outlet, Inc., et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Jennifer Cheshire | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Richard Davidoff                                         Gerald Siegel
                                                                    Richard Foster

**Proceedings:**  **Plaintiff's Motion for Order Dismissing Action Without Prejudice**

Plaintiff's motion is heard. The motion is denied.

The Court hears plaintiff's ex parte application for an order permitting plaintiff to add Hiro Haftavani, Jonathan Reyes, Giorgio Cosani Imports, Georges Kougouian and Kanrit Kaough as doe defendants. The ex parte is denied.



DOCKETED ON CM
SEP - 1 2005
BY _____ 001



Initials of Preparer

cc: