```
 1  RICHARD C. DAVIDOFF, State Bar No. 83272
    SUSAN K. DAVIDOFF, State Bar No. 90934
 2  DAVIDOFF & DAVIDOFF
    433 North Camden Drive
 3  Suite 888
    Beverly Hills, CA 90210-4412
 4  Telephone: (310) 274-2883
    Telecopier: (310) 274-2761
 5
 6  Attorneys for Plaintiff
    Paul Jardin of USA, Inc.
 7  dba 3 Day Suit Broker
```

"BY FAX"

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL JARDIN OF USA, INC. dba 3 DAY SUIT BROKER, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD SUIT OUTLET INC., a California corporation, HOVSEP KOUZOUYAN, an individual and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 04-9925 PA (RNBx)<br><br>**STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Case Filed: December 6, 2005<br>Trial Date: November 29, 2005 |

DOCKETED ON CM
OCT - 3 2005
BY _____ 001

57

ORIGINAL

1

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE AND ORDER THEREON

1  WHEREAS, the parties have entered in a settlement agreement which, among its terms, provides for dismissal of this action with prejudice.

IT IS HEREBY STIPULATED by and between plaintiff 3 Day Suit Broker, by and through its attorneys, Davidoff & Davidoff, by Richard C. Davidoff, and defendants Hollywood Suit Outlet, Inc. and Hovsep Kouzouyan, by and through their attorneys, Tharpe & Howell, by Gerald M. Siegel, that this entire action shall be dismissed with prejudice.

Dated: September 26, 2005         DAVIDOFF & DAVIDOF

By /s/ Richard C. Davidoff
Richard C. Davidoff
Attorney for Plaintiff
Paul Jardin of USA, Inc. dba
3 Day Suit Broker

Dated: September 26, 2005         THARPE & HOWELL

By_____
By: Gerald M. Siegel
Attorney for Defendants
Hollywood Suit Outlet, Inc.
and Hovsep Kouzouyan

///
///
///
///
///

2

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE AND ORDER THEREON

1 prejudice.

2 IT IS HEREBY STIPULATED by and between plaintiff 3 Day Suit Broker, by and through its attorneys, Davidoff & Davidoff, by Richard C. Davidoff, and defendants Hollywood Suit Outlet, Inc. and Hovsep Kouzouyan, by and through their attorneys, Tharpe & Howell, by Gerald M. Siegel, that this entire action shall be dismissed with prejudice.

Dated: September 26, 2005        DAVIDOFF & DAVIDOF

By_____
Richard C. Davidoff

Attorney for Plaintiff
Paul Jardin of USA, Inc. dba
3 Day Suit Broker

Dated: September 26, 2005        THARPE & HOWELL

By_____
By: Gerald M. Siegel

Attorney for Defendants
Hollywood Suit Outlet, Inc.
and Hovsep Kouzouyan

///
///
///
///
///

## ORDER

Having reviewed the foregoing Stipulation to Order Dismissing Action With Prejudice and good cause having been shown,

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Having reviewed the foregoing Stipulation to Order Dismissing |
| 3 | Action With Prejudice and good cause having been shown, |
| 4 | IT IS HEREBY ORDERED that this action is dismissed with |
| 5 | prejudice. |
| 7 | DATED: 9/27/05 |
| 8 | UNITED STATES DISTRICT COURT JUDGE |

3

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE AND ORDER THEREON

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 North Camden Drive, Suite 888, Beverly Hills, California 90210.

On September 26, 2005, I served the foregoing document described as follows: **STIPULATION TO ORDER DISMISSING ACTION WITH PREJUYDICE AND [PROPOSED] ORDER THEREON** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Gerald M. Siegel, Esq.
Stacey A. Miller, Esq.
Tharpe & Howell
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA  91403-3221
**FAX NO. (818) 205-9944**

Richard M. Foster, Esq.
Law Offices of Richard M. Foster
5429 Cahuenga Blvd.
North Hollywood, CA 91601
**FAX NO. (818) 508-1529**

__ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation

4

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE AND ORDER THEREON

date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

___ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addresses(s).

<u>XX</u> **(BY FACSIMILIE)** I caused such document(s) to be telephonically transmitted to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 26th Day of September 2005 at Los Angeles, California.

_____
EILEEN M. PHILLIPS